**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ROBERT RAMOS,** | * | |
| **an individual,** | * | |
| | * | |
| **PLAINTIFF,** | * | |
| **v.** | * | |
| | * | **Case No.  5:22-cv-493-JKP-HJB** |
| **MOWOOD L.P.,** | * | |
| **a limited partnership,** | * | |
| | * | |
| **DEFENDANT.** | * | |
| | * | |

---

## JOINT STIPULATION OF DISMISSAL

---

The parties state that this case has been settled and stipulate to the dismissal of the action

with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed

as paid.

Respectfully submitted this 13th day of January, 2023.

By:*/s/ Duncan Strickland*
Duncan Strickland
Counsel for Plaintiff
State Bar No.:  24072374
13423 Blanco Road, San Antonio, TX 78216
Telephone: (210) 504-7874
E-mail:  Duncan@StricklandLawFirm.com

By:*/s/ Guillermo S. Dekat*
Guillermo S. Dekat
Flume Law Firm, LLP
Counsel for Defendant
State Bar No.:  24069599
1020 N. E. Loop 410, Suite 530
San Antonio, TX 78209
Telephone: (210) 828-5641
E-mail:  GDekat@flumelaw.net